IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN CARPENTERS AND MILLWRIGHTS PENSION TRUST,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>GYPSY SALINSKI, ASHLEIGH SALINSKI, AND MARY ALDERMAN,<br><br>Defendants-in-Interpleader. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO:<br>6:17-00073-JRH-GRS |

## ORDER GRANTING MOTION TO STAY CERTAIN PRELIMINARY DEADLINES

Having considered the Plaintiff-in-Interpleader Southeastern Carpenters and Millwrights Pension Trust's Motion to Stay Preliminary Deadlines, the Motion is **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the obligation of Plaintiff-in-Interpleader and Defendants to participate in a Rule 26(f) conference, file initial disclosures and a joint preliminary report and discovery plan, and all other preliminary discovery-related deadlines be continued until thirty

(30) days after the Court rules on SE Carpenters' Motion for Leave to Deposit Funds and For Dismissal with Prejudice.

**SO ORDERED** this 30th day of June, 2017.

_____
Honorable Judge G.R. Smith
United States District Court
Southern District of Georgia