IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SOUTHEASTERN CARPENTERS AND           *
MILLWRIGHTS PENSION TRUST,            *
                                      *
        Plaintiff,                    *
                                      *
        v.                            *
                                      *        CV 617-073
GYPSY SALINSKI et al.,                *
                                      *
        Defendants.                   *
                                      *
                                      *

---

**O R D E R**

---

Currently before the Court is the parties' stipulation of
dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
of Defendant Gypsy Salinski's counterclaim for statutory
penalties against Plaintiff. (Doc. 20.) Accordingly, Defendant
Gypsy Salinski's counterclaim for statutory penalties is
**DISMISSED WITHOUT PREJUDICE.**

        **ORDER ENTERED** at Augusta, Georgia this __12th__ day of July,
2017.

                            _____
                            J. RANDAL HALL, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA