# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| Southeastern Carpenters and<br>Millwrights Pension Trust<br><center>Plaintiff</center><br><br><center>vs.</center><br><br>Gypsy Salinski et al.,<br><br><center>Defendant</center> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER :     CV617-73 |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that ___Southeastern Carpenters and Millwrights Pension___

has deposited with the Court the sum of $ ___120,791.46___ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this ___21st___ day of ___November___, ___2017___, by Order of this Court.



SCOTT L. POFF, CLERK

By : _____
       Deputy Clerk

(Rev. 9/02)

## 0022-SOUTHEASTERN CARPENTERS&MW PENSION

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| | Court Ordered Payment - Case Name: Southeastern Carpenters VS Salinski el at, 6:17-CV-00073-JRH-GRS | | | 120,791.46 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| Nov 20, 2017 | 15295 | Clerk, United States District | | $120,791.46 |

Printed by Flexcheck

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**SOUTHEASTERN CARPENTERS &
MILLWRIGHTS PENSION TRUST**
PO BOX 1449
GOODLETTSVILLE, TN 37070

SunTrust Bank

**15295**

64-79/611

Nov 20, 2017

**Pay**   One Hundred Twenty Thousand Seven Hundred Ninety-One and 46/100

$120,791.46

TO THE
ORDER OF   Clerk, United States District Court

Memo   Benefits Paid

⑆0015295⑆ ⑈061100790⑈ 10001683718 79⑆

SAV 30985

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV030985
Cashier ID: lherb
Transaction Date: 11/21/2017
Payer Name: Southeastern Carpenters

TREASURY REGISTRY
 For: Southeastern Carpenters
 Case/Party: D-GAS-6-17-CV-000073-001
 Amount:        $120,791.46

PAPER CHECK CONVERSION
 Check/Money Order Num: 15295
 Amt Tendered:  $120,791.46

Total Due:      $120,791.46
Total Tendered: $120,791.46
Change Amt:     $0.00